USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SHERRY GRIMES-JENKINS,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                Defendant.

16 Civ. 4897 (AT) (JCF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Defendant, Consolidated Edison Company of New York, Inc., has moved to dismiss the Amended Complaint in part and Plaintiff Sherry Grimes-Jenkins has cross-moved for leave to file a second amended complaint. ECF Nos. 21 and 33. The Court referred the matter to the Honorable James C. Francis IV. After careful consideration, Judge Francis issued a Report and Recommendation (the "R&R") on May 22, 2017, proposing that dismissal and leave to amend be granted in part and denied in part. ECF No. 42. Objections to the R&R were due June 5, 2017. *See id.*

    Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Dunham v. City of New York*, No. 11 Civ. 1223, 2013 WL 929029, at *1 (S.D.N.Y. Mar. 11, 2013). The Court finds no clear error. Accordingly, the Court ADOPTS the R&R in its entirety. The motions to dismiss and amend are GRANTED in part and DENIED in part.

    By **July 6, 2017**, Plaintiff shall file her amended complaint pursuant to the R&R.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 21 and 33.

    SO ORDERED.

Dated: June 22, 2017
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge