UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY GRIMES-JENKINS,

        Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/11/2020_

16 Civ. 4897 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 6, 2019, the Court directed Defendant to file its pre-motion letter by January 31, 2020, and Plaintiff to file her response by February 7, 2020. ECF No. 94. Plaintiff's response is overdue. Accordingly, by **February 14, 2020**, Plaintiff shall file her response to Defendant's pre-motion letter.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge