UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY GRIMES-JENKINS,

                        Plaintiff,

        -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2022
```

16 Civ. 4897 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial has been scheduled in this matter to begin on **May 22, 2023**. The final pretrial conference shall be held on **May 18, 2023**, at **2:00 p.m.** Both shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. All prior deadlines set by the Court for submission of the parties' motions *in limine*, any opposition thereof, and pretrial submissions shall remain in place. *See* ECF No. 140.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge