

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

December 2, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Email: *Lehrburger_NYSDChambers@nysd.uscourts.gov*

Re: *Sherry Grimes-Jenkins v. Consolidated Edison Company of New York, Inc.*; Case No. 16-cv-04897(AT)(RWL)
Related Case: *Sherry Grimes-Jenkins v. Consolidated Edison Company of New York, Inc. & Sean Green, Individually*; Case No. 18-cv-01545(AT)(RWL)

Dear Judge Liman:

This firm represents Defendant Consolidated Edison Company of New York, Inc. ("Con Edison") in the above-referenced action. Con Edison writes jointly with Plaintiff Sherry Grimes-Jenkins ("Plaintiff") to advise the Court that the parties have agreed to resolve this matter. The parties respectfully request that the Court adjourn all remaining deadlines pending the parties' submission of a Stipulation of Dismissal with prejudice.

Respectfully,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Lorie E. Almon
Ephraim J. Pierre

cc: Counsel of Record (via ECF)

89731937v.1